## In re BAYER CROPSCIENCE, LP.

### No. 2012–1444.

United States Court of Appeals, Federal Circuit.

May 14, 2013.

Hal K. Litchford, Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, of Washington, DC, argued for appellant. With him on the brief were Susan E. Shaw McBee and Chester G. Moore, III, of Washington, DC.

Kristi L.R. Sawert, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Deputy Solicitor, and Lore A. Unt, Associate Solicitor.

DYK, LINN, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**